**This order is SIGNED.**

**Dated: August 14, 2015**





WILLIAM T. THURMAN
U.S. Bankruptcy Judge

*tks*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br><br>JAMES DEAN HUTCHISON<br>LINDA ANN HUTCHISON<br><br>Debtor(s) | Bankruptcy Case No. 11-35957<br><br>Chapter 13<br><br>Judge: WILLIAM T. THURMAN |
|---|---|
| ORDER APPROVING FINAL LOAN MODIFICATION WITH<br>CREDITOR RUSHMORE LOAN MANAGEMENT SERVICES LLC | |

Debtors filed a Motion for Order Approving Final Loan Modification Agreement with Creditor Rushmore Loan Management Services LLC and a Notice of Opportunity for Hearing was served on creditors. Creditors had twenty-one (21) days or more in which to file an objection or response to Debtors' Motion. All objections have been withdrawn. The Court having reviewed the pleadings on file, having consulted applicable law, being fully advised in the premises, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Court approves Debtors to enter into the final loan modification with Creditor Rushmore Loan Management Services LLC.

2. Debtors shall file an amended schedule I and J reflecting their new budget and showing feasibility of the Plan within thirty days of the Order on this Motion.

3. The Trustee shall make no further disbursements on the Rushmore Loan Management Services LLC ("Creditor") [Proof of Claim #12] arrearage claim. However, as to disbursements made by the Trustee on such Claim prior to

       the entry of this Order, if any, the Trustee shall not be required to recover such disbursements and the Trustee shall retain any commission under 28 U.S.C. § 586 that was taken on such disbursements

4. The loan modification will not impact the treatment of other creditors.

END OF DOCUMENT

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER APPROVING FINAL LOAN MODIFICATION WITH CREDITOR RUSHMORE LOAN MANAGEMENT SERVICES LLC** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

U.S. Trustee (via ECF)
405 South Main Street Suite 600
Salt Lake City, Utah 84111

John R. Riley
RICHARDS RILEY & ASSOCIATES, PLLC
Attorneys for Debtors
9980 South 300 West, Suite 105
Salt Lake City, Utah 84070

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Creditor:

Rushmore Loan Management Services LLC
PO Box 55004
Irvine, California 92619-5004

Debtor(s):

James Hutchison
Linda Hutchison
11732 South 4080 West
South Jordan, Utah 84009-8036

Interested parties on the attached Creditor Matrix.

Date: August 13, 2015          ___/s/ Jackie May _____
                                JACKIE MAY